# PD-1620-15

No. _____

Darrell Gene Aaron                    §      In the Texas Court of

vs.                                   §      Criminal Appeals

The State of Texas                    §      at Austin, Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

On Appeal from the Fifth Court of Appeals
in Cause No. 05-15-00508-CR

DEC 10 2015

Abel Acosta, Clerk

**Appellant's Motion to Extend the
Time for Filing a Petition for Discretionary Review**

FILED IN
COURT OF CRIMINAL APPEALS

DEC 10 2015

Abel Acosta, Clerk

**To the Honorable Judges of said Court:**

Comes now Appellant, and respectfully requests that the time for filing a Petition for Discretionary Review in the above-styled and numbered cause be extended. In support of this motion Appellant would show:

1. On November 25, 2015, Appellant's conviction was affirmed by the Fifth Court of Appeals in Cause No. 05-15-00508-CR styled Darell Gene Aaron v. The State of Texas.

2. The present deadline for filing a Petition for Discretionary Review is December 25, 2015. Appellant respectfully requests an extension of time until

1

February 25, 2016.

3. No previous extension of time has been granted.

4. Appellant would show the Court that a reasonable explanation exists for the requested extension. Appellant is currently incarcerated in the Texas Department of Criminal Justice and has limited legal knowledge. Appellant must go to the unit law library to research and draft the issues.

Wherefore, premises considered, Appellant respectfully requests that the time for filing a Petition for Discretionary Review be extended to February 25, 2016.

Respectfully submitted,

Darell Aaron, Appellant # 01987709
Powledge Unit
1400 FM 3452
Palestine, TX 75803-2350

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been served on the Dallas County District Attorney's Office, Appellate Division, 133 N. Riverfront Blvd., LB 19, Dallas, Texas, 75207, by depositing same in the United States Mail, Postage Prepaid on December _____67_____, 2015.

_____
Darell Aaron, Appellant

2